E. MARTIN ESTRADA
United States Attorney
ANNE C. GANNON
Assistant United States Attorney
Chief, Santa Ana Branch Office
ROSALIND WANG
Assistant United States Attorney
California State Bar No. 218626
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3547
    Email: Rosalind.wang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:07-1215(A)-MEMF |
|---|---|
| Plaintiff, | GOVERNMENT'S EX PARTE APPLICATION FOR ORDER UNSEALING PLEA AGREEMENT FOR DEFENDANT JEREMY STEEL (15); DECLARATION OF ROSALIND WANG |
| v. | |
| KENYAN PAYNE, et al., | |
| Defendants. | |

    The government hereby applies _ex parte_ for an order that the plea agreement for defendant JEREMY STEEL, at Document No. 705, filed on November 10, 2008, be unsealed.

//
//
//

This ex parte application is based on the attached declaration of Rosalind Wang.

Dated: October 8, 2024

> E. MARTIN ESTRADA
> United States Attorney
>
> ANNE C. GANNON
> Assistant United States Attorney
> Chief, Santa Ana Branch Office
>
>      /s/
> ROSALIND WANG
> Assistant United States Attorney
>
> Attorneys for Plaintiff
> UNITED STATES OF AMERICA

DECLARATION OF ROSALIND WANG

I, ROSALIND WANG, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in this case.

2. Defendant JEREMY STEEL entered a guilty plea before this Court pursuant to a plea agreement with the government at Document No. 705, filed under seal on November 10, 2008. He was sentenced to 24 months imprisonment on March 9, 2009.

3. After completing his sentence in this case, defendant was indicted for conspiracy to distribute methamphetamine, fentanyl, and cocaine in the Eastern District of Missouri, in <u>United States v. Jeremy Steele</u>, CR 4:23-550-MTS. The U.S. Attorney's Office in Missouri is seeking to obtain defendant's plea agreement in this case, potentially for use at the trial scheduled in November 2025.

4. The government now applies to the Court to unseal defendant's plea agreement. The document does not contain anything the government believes should remain under seal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: October 8, 2014

/s/ Rosalind Wang
_____
ROSALIND WANG
ASSISTANT UNITED STATES ATTORNEY

3