UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENYAN TERRANCE PAYNE, et al.,<br><br>Defendants. | Case No. 2:07-cr-01215(A)-MEMF<br><br>**ORDER UNSEALING PLEA AGREEMENT FOR DEFENDANT JEREMY STEEL [ECF NO. 1508]** |

On October 8, 2024, the government filed an ex parte application to unseal defendant JEREMY STEEL's plea agreement. ECF No. 1508. Defendant JEREMY STEEL's plea agreement, at ECF No. 705, was previously ordered sealed, ECF No. 704, at the request of the government, ECF No. 703. No opposition has been filed to the application to seal. Having reviewed the original application to seal and the Court's sealing order, and having considered the present application and finding good cause, the Court hereby GRANTS the application and ORDERS that defendant JEREMY STEEL's plea agreement, at ECF No. 705, be unsealed. The government is ORDERED to provide notice of this Order to Steel's counsel in the present case and in the case mentioned in the application.

IT IS SO ORDERED.

Dated: October 22, 2024

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge